# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) No. 11-13275 |
| | ) |
| EDILBERTO CAMPOS VEGA | ) Chapter 7 |
| MARIA GUADALUPE CAMPOS, | ) |
| | ) Honorable Eugene R. Wedoff |
| Debtors. | ) |
| | ) **Hearing Date:** April 22, 2015 |
| | ) **Hearing Time:** 10:00 a.m. |
| | ) **Room No.:** 744 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **April 22, 2015**, at **10:00 a.m.**, we shall appear before the Honorable Eugene R. Wedoff, or such other judge as may be sitting in his stead, in Courtroom 744 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated: March 23, 2015

Respectfully submitted,

By: _/s/ Frances Gecker_
Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{CAMPOS/001/00041949.DOCX/}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| CAMPOS VEGA, EDILBERTO | ) | CASE NO. 11-13275-ERW |
| CAMPOS, MARIA GUADALUPE | ) | |
| Debtor(s). | ) | Hon. Eugene R. Wedoff |

TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES

TO:   THE HONORABLE Eugene R. Wedoff

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,467.49 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $7,174.90. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $217.49 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

| | |
|---|---|
| TOTAL COMPENSATION | $1,467.49 |

{CAMPOS/001/00041948.DOC/}

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: March 11, 2015          /s/ Frances Gecker
                                Frances Gecker, Trustee

Frances Gecker
325 N. LaSalle Street
Suite 625
Chicago, IL 60654
Business     (312) 276-1401
FAX          (312) 276-0035