**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | No. 11-13275 |
| | ) | |
| EDILBERTO CAMPOS VEGA | ) | Chapter 7 |
| MARIA GUADALUPE CAMPOS, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtors. | ) | |

**CERTIFICATE OF NOTICE**

I, Christina Smith, declare under the penalty of perjury that on I have served the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to the recipients listed below in the manner shown this 23RD day of March, 2015, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

/s/ Christina Smith
Christina Smith

# Mailing Information for Case 11-13275

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Kristin K Beilke ndil@geracilaw.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Sallie Mae
c/o Sallie Mae Inc.
220 Lasley Ave.
Wilkes-Barre, PA 18706

{CAMPOS/001/00042069.DOCX/}

Springleaf Financial Services
PO Box 971
Evansville, IN 47706