UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
EDILBERTO CAMPOS VEGA § Case No. 11-13275
MARIA GUADALUPE CAMPOS §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                        219 S. Dearborn Street
                        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/22/2015 in Courtroom 744 (Judge Wedoff),
                      EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
                      219 S. DEARBORN STREET
                      CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
        §
EDILBERTO CAMPOS VEGA              §    Case No. 11-13275
MARIA GUADALUPE CAMPOS             §
        §
        Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 7,174.90 |
| and approved disbursements of | $ 20.31 |
| leaving a balance on hand of[1] | $ 7,154.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Frances Gecker | $ 1,467.49 | $ 0.00 | $ 1,467.49 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,467.49 |
| Remaining Balance | | | $ 5,687.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,098.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SALLIE MAE | $ 8,058.65 | $ 0.00 | $ 4,538.48 |
| 2 | SPRINGLEAF FINANCIAL SERVICES | $ 2,039.53 | $ 0.00 | $ 1,148.62 |

Total to be paid to timely general unsecured creditors    $    5,687.10

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                        Case No. 11-13275-ERW
Edilberto Campos Vega                                         Chapter 7
Maria Guadalupe Campos
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales              Page 1 of 2                  Date Rcvd: Mar 25, 2015
                              Form ID: pdf006              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2015.
db/jdb        +Edilberto Campos Vega,    Maria Guadalupe Campos,    1820 S 49th Ave,    APT# 2,
                Cicero, IL 60804-2437
17042986      +Allegro/Caribbean Villages,    Attn: Bankruptcy Dept.,    PO Box 51469,
                Los Angeles, CA 90051-5769
17042971      +Blatt, Hasenmiller, Leibsker,    & Moore,   125 S. Wacker Dr. Suite 400,
                Chicago, IL 60606-4440
17042984      +Blatt, Hasenmiller, Leibsker,    2010-M1-166830,    125 S. Wacker Dr. Suite 400,
                Chicago, IL 60606-4440
17042977     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
                Richmond, VA 23285)
17042989      +CMRE Financial Services, Inc.,    Bankruptcy Department,    3075 E. Imperial Hwy., #200,
                Brea, CA 92821-6753
17042981      +Chase-Bp,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
17042982      +Citi Auto,   Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
17042969      +Citimortgage INC,   Attn: Bankruptcy Dept.,    Po Box 9438,   Gaithersburg, MD 20898-9438
17042970      +Clerk, First Mun Div,    Doc #10-M1-166830,    50 W. Washington St., Rm. 1001,
                Chicago, IL 60602-1316
17042983      +Clerk, First Mun Div,    Doc #2010-M1-166830,    50 W. Washington St., Rm. 1001,
                Chicago, IL 60602-1316
17042978      +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17042979      +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
17042988       MacNeal Hospital,    Bankruptcy Department,   75 Remittance Dr., Ste. 1209,
                Chicago, IL 60675-1209
17042987      +Monterey Collection,    Bankruptcy Departmnet,    4095 Avenida De La Plata,
                Oceanside, CA 92056-5802
17042968      +Nationwide Credit & CO,    Attn: Bankruptcy Dept.,   9919 W Roosevelt Rd,
                Westchester, IL 60154-2774
17042980      +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
17042974      +Vanessa Campos,   1820 S 49th Ave,    Cicero, IL 60804-2437
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17042967       +E-mail/PDF: recoverybankruptcy@afninet.com Mar 26 2015 00:58:36     AT T,    C/O Afni, INC.,
                Po Box 3097,   Bloomington, IL 61702-3097
18558351        E-mail/PDF: cbp@springleaf.com Mar 26 2015 00:58:26      Springleaf Financial Services,
                PO Box 971,   Evansville, IN 47706
17042985        E-mail/PDF: cbp@springleaf.com Mar 26 2015 00:58:10      American General,
                C/O: Springleaf Financial,    4284 S. Archer Ave,   Chicago, IL 60632
17042973       +E-mail/PDF: pa_dc_claims@navient.com Mar 26 2015 00:58:14      Sallie Mae,
                Attn: Bankruptcy Dept.,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
17042975       +E-mail/PDF: pa_dc_claims@navient.com Mar 26 2015 00:58:32      Sallie Mae,
                Attn: Bankruptcy Dept.,    11100 Usa Pkwy,   Fishers, IN 46037-9203
18297932       +E-mail/PDF: pa_dc_claims@navient.com Mar 26 2015 00:58:31      Sallie Mae,   c/o Sallie Mae Inc.,
                220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
17042972       +E-mail/Text: bknotice@erccollections.com Mar 26 2015 01:01:14     Sprint,
                C/O Enhanced Recovery CO L,   8014 Bayberry Rd,    Jacksonville, FL 32256-7412
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17042976*     +Vanessa Campos,   1820 S 49th Ave,    Cicero, IL 60804-2437
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: ccabrales            Page 2 of 2             Date Rcvd: Mar 25, 2015
                              Form ID: pdf006            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2015 at the address(es) listed below:
              Frances  Gecker    fgecker@fgllp.com,   fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Kristin K Beilke    on behalf of Debtor Edilberto  Campos Vega ndil@geracilaw.com
              Kristin K Beilke    on behalf of Joint Debtor Maria Guadalupe Campos ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 4
```