UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
EDILBERTO CAMPOS VEGA § Case No. 11-13275
MARIA GUADALUPE CAMPOS §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker_____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Allegro/Caribbean Villages Attn: Bankruptcy Dept. PO Box 51469 Los Angeles CA 90051 |  |  |  |  |  |
| 2 | American General C/O: Springleaf Financial 4284 S. Archer Ave Chicago IL 60632 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 Citimortgage INC Attn: Bankruptcy Dept. Po Box 9438 Gaithersburg MD 20898 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moore 125 S. Wacker Dr. Suite 400 Chicago IL 60606 | | | | | |
| | Clerk, First Mun Div Doc #10-M1-166830 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | Monterey Collection Bankruptcy Departmnet 4095 Avenida De La Plata Oceanside CA 92056 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | | | | | |
| The Bank of New York Mellon | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AT T C/O Afni, INC. Po Box 3097 Bloomington IL 61702 | | | | | |
| 10 | Sallie Mae Attn: Bankruptcy Dept. 11100 Usa Pkwy Fishers IN 46037 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 11 Sprint C/O Enhanced Recovery CO L 8014 Bayberry Rd Jacksonville FL 32256 | | | | | |
| | 12 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 2 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 3 Chase-Bp Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 4 Citi Auto Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| | 5 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 6 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 7 MacNeal Hospital Bankruptcy Department 75 Remittance Dr., Ste. 1209 Chicago IL 60675-1209 | | | | | |
| | 8 Nationwide Credit & CO Attn: Bankruptcy Dept. 9919 W Roosevelt Rd Westchester IL 60154 | | | | | |
| | Blatt, Hasenmiller, Leibsker 2010-M1-166830 125 S. Wacker Dr. Suite 400 Chicago IL 60606 | | | | | |
| | Clerk, First Mun Div Doc #2010-M1-166830 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | CMRE Financial Services, Inc. Bankruptcy Department 3075 E. Imperial Hwy., #200 Brea CA 92821 | | | | | |
| 1 | SALLIE MAE | | | | | |
| 2 | SPRINGLEAF FINANCIAL SERVICES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-13275 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | EDILBERTO CAMPOS VEGA | | | | Date Filed (f) or Converted (c): | 03/30/2011 (f) |
| | MARIA GUADALUPE CAMPOS | | | | 341(a) Meeting Date: | 05/10/2011 |
| For Period Ending: | 06/16/2015 | | | | Claims Bar Date: | 02/29/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1820 S 49TH AVE 2 CICERO, IL 60804 - (DEBTORS PRIM | 85,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH PNC BANK | 10.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH PNC | 25.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS; TV, DVD PLAYER, TV STAND, STEREO, | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. AMERICAN GENERAL - HOUSEHOLD GOODS | 500.00 | 500.00 | | 0.00 | FA |
| 6. BOOKS, COMPACT DISCS, TAPES/RECORDS, FAMILY PICTUR | 100.00 | 0.00 | | 0.00 | FA |
| 7. NECESSARY WEARING APPAREL. | 100.00 | 0.00 | | 0.00 | FA |
| 8. EARRINGS, WATCH, COSTUME JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 9. 1991 CHEVROLET 3500 REGULAR CAB WITH 100,000 MILES | 1,225.00 | 0.00 | | 0.00 | FA |
| 10. 1996 PONTIAC SUNFIRE WITH 100,000 MILES | 900.00 | 0.00 | | 0.00 | FA |
| 11. 1/2 INTEREST IN 1999 FORD EXPEDITION WITH 100,000 | 1,650.00 | 0.00 | | 0.00 | FA |
| 12. PROOF OF CLAIM IN FL BANKRUPTCY CASE (u) SDFL case is being jointly administered with P&E Solutions (11-13244) | 0.00 | 10,000.00 | | 7,174.90 | FA |
| 13. CASH | 3,400.00 | 0.00 | | 0.00 | FA |
| 14. 1/2 INTEREST IN NISSAN ALTIMA | 2,500.00 | 100.00 | | 0.00 | FA |
| 15. 1983 FORD F150 (not running) | 500.00 | 160.00 | | 0.00 | FA |
| 16. TIMESHARE | 1,000.00 | 1,000.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $99,110.00   $11,760.00   $7,174.90   $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010)  *(Page: 8)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE AND IS AWAITING A HEARING.

Initial Projected Date of Final Report (TFR): 12/01/2012     Current Projected Date of Final Report (TFR): 03/11/2015

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-13275 |
| Case Name: | EDILBERTO CAMPOS VEGA |
| | MARIA GUADALUPE CAMPOS |
| Taxpayer ID No: | XX-XXX1530 |
| For Period Ending: | 06/16/2015 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | The Bank of New York Mellon |
| Account Number/CD#: | XXXXXX7655 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/27/14 | 12 | SONEET R. KAPILA, TRUSTEE<br>Bankruptcy Trustee<br>P.O. Box 14213<br>Fort Lauderdale, FL  33302 | Proof of Claim in FL Bk Case | 1280-000 | $7,174.90 | | $7,174.90 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,164.90 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.31 | $7,154.59 |
| 04/23/15 | 101 | Frances Gecker<br>325 N. LaSalle Street<br>Chicago, IL  60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,467.49 | $5,687.10 |
| 04/23/15 | 102 | SALLIE MAE<br>C/O SALLIE MAE INC.<br>220 LASLEY AVE.<br>WILKES-BARRE, PA 18706 | Final distribution to claim 1 representing a payment of 56.32 % per court order. | 7100-000 | | $4,538.48 | $1,148.62 |
| 04/23/15 | 103 | SPRINGLEAF FINANCIAL SERVICES<br>PO BOX 971<br>EVANSVILLE, IN 47706 | Final distribution to claim 2 representing a payment of 56.32 % per court order. | 7100-000 | | $1,148.62 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $7,174.90 | $7,174.90 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,174.90 | $7,174.90 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,174.90 | $7,174.90 |

Page Subtotals:        $7,174.90        $7,174.90

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7655 - Checking | $7,174.90 | $7,174.90 | $0.00 |
|  | $7,174.90 | $7,174.90 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,174.90 |
| Total Gross Receipts: | $7,174.90 |

Page Subtotals: $0.00  $0.00